UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>MARK A. PAYNE,<br><br>        Defendant. | Case Nos.: 5:17-po-00073-JLT<br>              5:17-po-00584 JLT<br><br>ORDER ON PLEA AGREEMENT<br>(Doc. 11) |

1.      The Court accepts the plea agreement with the modifications set forth below and finds a sufficient factual basis for the guilty plea;

2.      The Court finds the defendant is guilty of violating 36 CFR § 4.23(a)(2) as alleged in citations 6459361 and 6459750;

3.      The Court sentences the defendant as follows:

        a.      The defendant is placed in 24 months of unsupervised probation. During this period, he **SHALL** not commit any violations of the law (though infractions will not be considered to be a violation of the terms of his probation);

        b.      The defendant **SHALL** pay a $10 special assessment within 30 days;

        c.      The defendant **SHALL** complete Nevada DMV's DUI multi-offender course and file proof of completion within 14 days thereafter;

        d.      The defendant **SHALL** install an ignition interlock device within 10 days of

completion of the DUI program;

            e.      The defendant **SHALL** file proof of the installation of the interlock device within 10 days of its installation and **SHALL** file reports every other month demonstrating its continued operation.

IT IS SO ORDERED.

Dated:   **March 16, 2018**                 **/s/ Jennifer L. Thurston**
                                                 UNITED STATES MAGISTRATE JUDGE