| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, CA SBN 122664 |
| | Federal Defender |
| 2 | HOPE ALLEY, CA SBN 314109 |
| | Assistant Federal Defender |
| 3 | Office of the Federal Defender |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, California 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |

Attorney for Defendant
MARK A. PAYNE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 5:17-po-00073-JLT |
|---|---|
| Plaintiff, | Case No. 5:17-po-00584-JLT |
| vs. | **REQUEST FOR RULE 43 WAIVER FOR REVIEW HEARING AND TELEPHONIC/ VIDEO CONFERENCE; [PROPOSED] ORDER** |
| MARK A. PAYNE, | |
| Defendant. | |

Pursuant to Federal Rule of Criminal Procedure 43(b)(2), Mark A. Payne, having been advised of his right to be personally present at all stages of the proceedings, hereby requests that this Court permit him to waive his right to personally appear for the review hearing on December 4 and that he be allowed to appear telephonically. This Court, pursuant to Rule 43(b)(2), has the authority to allow Mr. Payne to appear by telephone for the upcoming review hearing.

Mr. Payne currently lives in rural Nevada, about an hour outside of Las Vegas. He is without a valid driver's license and a vehicle, and thus has no means by which to travel to a federal courthouse. Accordingly, Mr. Payne respectfully requests this court to permit him to appear telephonically.

///

///

Respectfully submitted,

|   |                                                          |
|---|----------------------------------------------------------|
|   | HEATHER E. WILLIAMS                                      |
|   | Federal Defender                                         |
|   |                                                          |
| Date: November 27, 2018 | */s/ Hope Alley*                           |
|   | HOPE ALLEY                                               |
|   | Assistant Federal Defender                               |
|   | Attorney for Defendant                                   |
|   | MARK A. PAYNE                                            |

## **O R D E R**

**GOOD CAUSE APPEARING**, defendant's request for waiver of personal appearance and to appear via telephone at the review hearing in Cases No. 5:17-po-00073-JLT and 5:17-po-00584-JLT, is hereby granted.

IT IS SO ORDERED.

Dated: **November 27, 2018**        /s/ Jennifer L. Thurston
                                    UNITED STATES MAGISTRATE JUDGE

Payne: Rule 43 Waiver

2