HEATHER E. WILLIAMS, CA SBN 122664
Federal Defender
ERIN M. SNIDER, CA SBN 304781
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
MARK A. PAYNE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARK A. PAYNE,<br><br>Defendant. | Case Nos. 5:17-po-00584 & 5:17-po-00073<br><br>**STIPULATION TO MODIFY CONDITIONS OF PROBATION AND CONTINUE THE REVIEW HEARING; [PROPOSED] ORDER** |

The parties, through their respective counsel, Gary Leuis, Special Assistant United States Attorney, counsel for plaintiff, and Erin Snider, Assistant Federal Defender, counsel for Mark A. Payne, hereby stipulate to modify the conditions of Defendant's probation pursuant to 18 U.S.C. § 3563(c).

On March 6, 2018, Mr. Payne entered into a plea agreement with the government that required him to 1) pay a $10.00 special assessment; 2) complete the Nevada DMV DUI multi-offender course; 3) install and maintain an interlock device in his vehicle; and 4) complete an inpatient treatment program. Additionally, Mr. Payne agreed to serve a term of 24 months of probation. The Court accepted the plea agreement with some modifications regarding proof of the conditions.

On October 18, 2018, Mr. Payne filed a notice of completion of an inpatient treatment program. Mr. Payne had completed "U-Turn for Christ," an 8-month, faith-based, inpatient treatment program. Upon finishing the program, Mr. Payne started working on his other conditions

1

of probation, only to discover that he was prevented from applying for a restricted license because of the suspension out of California. Mr. Payne contacted the California DMV and discovered that he can only complete the California Multi-Offender Course (the Nevada course would not suffice), otherwise his license would remain suspended until June 2020. With no license and no vehicle, Mr. Payne has no means to complete the California course.

Mr. Payne and counsel appeared at the review hearing on December 4 to address Mr. Payne's inability to comply with the terms of his probation. The Court asked the parties to reach a resolution regarding the conditions of probation. The parties have conferred and propose the following modification:

Given that Mr. Payne no longer has a vehicle or a license and cannot complete the California Multi-Offender program, the parties request that the court vacate the following requirements: (1) Mr. Payne complete the Multi-Offender Course; and (2) Mr. Payne install an interlock device.

In lieu of these conditions, the parties propose adding the following: **For the next 12 months of probation, Mr. Payne must attend weekly substance abuse meetings and complete Nevada's online 3-Month DUI course and provide proof to the Court within 14 days of completion.**

Finally, the parties request that Mr. Payne's review hearing be continued to February 4, 2020, at 9 a.m.

                                        HEATHER E. WILLIAMS
                                        Federal Defender

Date: March 4, 2019                    */s/ Erin M. Snider*
                                        ERIN M. SNIDER
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        MARK A. PAYNE


                                        McGREGOR W. SCOTT
                                        United States Attorney

Date: March 4, 2019                    */s/ Gary Leuis*
                                        GARY LEUIS
                                        Assistant United States Attorney
                                        Attorney for Plaintiff

| | |
|---|---|
| 1 | **ORDER** |
| 2 | Pursuant to the stipulation of the parties to modify Defendant's conditions of probation, |
| 3 | the Court hereby modifies the conditions of probation as follows: the conditions that Mr. Payne |
| 4 | complete a DUI Multi-Offender course and install an interlock device are vacated. Going |
| 5 | forward, Mr. Payne is ordered to attend weekly substance abuse meetings (e.g. AA), and |
| 6 | complete Nevada's 3-Month Online DUI Course. |
| 7 | A further review hearing is set on February 4, 2020. |

IT IS SO ORDERED.

Dated: **March 5, 2019**　　　　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE