# IN THE UNITED STATES DISTRICT COURT
## For The
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br>v.<br><br>MARK PAYNE,<br><br>        Defendant. | Case Nos. 5:17-po-00584 JLT<br>5:17-po-00073 JLT<br><br>**DEFENDANT'S STATUS REPORT ON UNSUPERVISED PROBATION** |

PURSUANT to an order of this Court the Defendant hereby submits his status report on unsupervised probation:

| | |
|---|---|
| **Convicted of:** | Driving Under the Influence of an Alcoholic Beverage with a BAC above .08 |
| **Sentence Date:** | March 6, 2018 |
| **Review Hearing Date:** | March 3, 2020 |
| **Probation Expires On:** | March 6, 2020 |

## *CONDITIONS OF UNSUPERVISED PROBATION:*

☒ **Obey all federal, state and local laws**; and

☒ **Monetary Fines & Penalties in Total Amount of:** $10.00 special assessment.

## *COMPLIANCE:*

☒ Defendant has complied with and completed <u>all</u> conditions of probation described above.

**Otherwise:**

☒ Defendant has not been arrested, cited or charged with any federal, state or local criminal offenses since being placed on probation by this Court.

☒ To date, Defendant has paid a total of $10.00 (ECF Docket # 14).

☒ Compliance with Other Conditions of Probation: Mr. Payne completed Nevada's online 3-month (32 hour) DUI course and provides attached proof via certificate of completion. Additionally, Mr. Payne attended weekly substance abuse meetings through the U-Turn for Christ program, documentation of such is also attached.

## GOVERNMENT POSITION:

☒ The Government agrees to the above-described compliance.

☐ The Government disagrees with the following area(s) of compliance:

Government Attorney:

DATED: February 28, 2020          */s/ William B. Taylor*
                                  WILLIAM B. TAYLOR
                                  Special Assistant United States Attorney

## DEFENDANT'S REQUEST (OPTIONAL):

In light of the information detailed in this status report, the defendant moves for the following:

☒ that the review hearing set for 3/3/2020 at 9:00 a.m.

  ☐ be continued to; or

  ☒ be vacated.


DATED: February 28, 2020          */s/ Christina M. Corcoran*
                                  CHRISTINA M. CORCORAN
                                  Assistant Federal Defender
                                  Counsel for Mark Payne

# O R D E R

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request is:

X    GRANTED. The Court orders that the Review Hearing set for 3/3/2020 at 9:00 a.m. be vacated.

☐    DENIED.

IT IS SO ORDERED.

Dated:   **March 2, 2020**                    */s/ Jennifer L. Thurston*
                                              UNITED STATES MAGISTRATE JUDGE